# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2776

_____

DEPARTMENT OF REVENUE, on
behalf of JESSICA ASHLEY
CHEYENNE COLLINS,

    Appellant,

    v.

BRADLEY JACOB HARRIS,

    Appellee.

_____

On appeal from the Circuit Court for Bradford County.
Stanley H. Griffis III, Judge.

January 8, 2019

PER CURIAM.

    AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ashley Brooke Moody, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellant.

Robert L. Sirianni Jr., Brownstone, P.A., Winter Park, for Appellee.